UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

Plaintiff 1. NiNA MAE NETTERS
1708 Loomis Street
Rockford, Illinois

vs.   CIVIL CASE NO. 07-50241

07 C 50241

kapala

**RECEIVED**
DEC 1 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Defendant

Dr. AReN Jimenez
ABeL CAStellAno
Robin, BoRchARdt,
Nitin, SHI RodKAR
5660 EAStState Street
Rockford, Illinois Et. al
  61108.

<u>COMPLAINT</u>

Count I

1. THAT on 5th November 07 DR. BoRchARdt, And Shirodkar Radiology Reviewer, Failed Notice on the X-RAys And Radiology Review Report; that NiNA Netters were full And pack with fecus in her upper And lower chest, And Abdominal Area. Causing her sever pain in her body this problem went unreported and Notice causing below medical treatment, And if not detected even death, which is a Violation of the United Constitution, 14th Amendment Nor Shall any state deprive any person, of Life, Liberty, And or deny to Any person within its jurisdiction the equal protection of the law. Also 8th Amendment; Nor cruel And unusual punishments Inflicted, Also my civil Rights were violated, by these Defendants.

SEE: EXH. A, And B, C

## COUNT II

2. That on November 11th 2007 I had to call Emergency medical technician, I were having the same symptom from November 5th 2007, shorten breathe; and stomach pain, could not walk or stand up; were seen by St. Anthony medical in Rockford Illinois Emergency Room Dr. Alen Jimenez, he had x-ray taken, and Blood Lab, no Report of fecus in my body, The Radiogist Abel Castellano also fail to see or notice fecus on the x-rays in my body, sent me home not saying that my body Abdominal and upper chest area were pack full of fecus; this cause a neglect of medica treatment. Failure to give me proper medical treatment, causing a violation of my civil rights and The United Consitution 14th and 8th Amendment equal protect clause, due process and under the 8th Amendment cruel and unusal punishment, See: Exh. C and D, Reports; Exhit D show that on Nov. 12. 2007 University of Wisconsin Hospital 600 Highland Ave. Madison WI. said there x-ray showed fecus. this x-ray were take within 24 hrs of St. Anthony Report. Also St. Anthony x-rays from 11-05-2007, and 11-11-2007 were seen by Dr. Fricks on December 13th 2007, saiding that the x-rays on 11-05-2007 and Nov. 11, 2007 had fecus. Plaintiff is seeking relief of $250,000 Dollars [SEE Exhit C] N.M.N for redress relief.

Signature: Nina Mae Netter

Street Address: 1708 Loomis Street

City/State/Zip: Rockford, Illinois 61102

Phone Number: 815-968-1093

```
Performing Facility: Saint Anthony Medical Center  Rockford, IL  815-226-2000
MRN:00236431
Patient: NETTERS, Nina M                           Printed: 10Dec07 10:32
DOB:   8Mar44                                      Printed By: BWARREN
Ordering Provider: BORCHARDT, ROBIN        MD
Verifying Provider: SHIRODKAR, NITIN       MD
Primary Care Physician: MOHIUDDIN, SYED            MD
Report Name:DIAG-Abdominal Series W/ Chest View    Service Date:  5NOV07  2:03PM
-------------------------------------------------------------------------------
```

INDICATIONS: Abdominal pain.
TECHNIQUE: Frontal view of the chest along with two views of the abdomen performed on 11/05/2007.

There is evidence of postsurgical changes of CABG are noted in mild prominence of the cardiac contour. Atherosclerotic calcification is noted in the aorta.

Nonspecific gaseous distention of the small and large bowel loops are noted. Degenerative changes are noted in the lumbar spine. Vascular calcification is noted in the iliac arteries and the aorta. No free air is noted under the domes of the diaphragm.

EXH.- A"

RESULT REVIEW REPORT

```
erforming Facility: Saint Anthony Medical Center  Rockford, IL  815-226-2000
RN:00236431
atient: NETTERS, Nina M                           Printed: 10Dec07 10:32
OB:  8Mar44                                       Printed By: BWARREN
rdering Provider: JIMENEZ, AREN            MD
erifying Provider: CASTELLANO, ABEL        MD
rimary Care Physician: MOHIUDDIN, SYED           MD
eport Name:DIAG-Abdominal Series W/ Chest View    Service Date: 11NOV07  1:31PM
------------------------------------------------------------------------------
```

HISTORY: Abdominal pain and distention.

PROCEDURE: Abdominal series with chest.

COMPARISON: 11/05/2007.

FINDINGS: Nonspecific bowel gas pattern. Some air filled small bowel loops in the mid and right abdomen. No free air under the diaphragms.

Athesclerotic vascular calcification and evidence of previous vascular surgery in the left lower extremity.

The chest x-ray shows moderate to severe enlargement of the cardiac silhouette. No pulmonary congestion. No infiltrates or focal consolidation. Previous cardiac surgery evident. No pneumothorax.

IMPRESSION:

1. Slightly abnormal, but nonspecific bowel gas pattern. Probable ileus. No free air.

EXH.- B"

Netters, Nina M        Sex:F        BD:03/08/1944        MR#:1839939        PT#:58262513585

**Abd Xray 2-3 Vws**                                                                    Nov 12, 2007 14:03

```
74020 - ABDOMEN XRAY > = 2 VIEWS   Performed at UWHC
Current Diagnosis: ABD PAIN
Resident/Fellow:    Staff: ANDREW TAYLOR 104269
Report Dictated on Nov 12 2007  Transcribed By: mss on Nov 12 2007
3:01PM

CURRENT DX/SIGNS AND SYMPTOMS: ABD PAIN
REASON FOR EXAM: EVAL FOR CAUSE      FLAT AND UP RIGHT VIEWS
PAST HISTORY: S/P LIVER TX
 Report Dictated:Nov 12 2007  Last Update: Nov 12 2007  3:01PM  by mss
Resident or Fellow:

STUDY(S):
ABDOMEN XRAY > = 2 VIEWS, DATED 11/12/07 AT 14:03
 REPORT:
 Present exam is done with 2 views of the abdomen: there is an upright
film with 2 supine images, 1 image centered high to the diaphragm, the
other through the pelvis. Present exam is compared with that of May 27,
2007.
 What can be seen of the lung zones demonstrates evidence of sternotomy
and also a coronary artery stent. There is no evidence of free air on the
upright films; I do not see air-fluid levels of any significance in the
abdomen. The gas pattern is unremarkable, with some formed fecal material
seen throughout a non-dilated colon; there is a moderate amount in the
region of the rectal vault, however. Some gas in non-distended loops of
bowel are seen. There is also a coil over the left groin; correlate with
possible vascular stent in this area. Calcification of the iliacs in
either hemipelvis are noted, but this was seen previously. I do not see
definite organomegaly or other abnormal calcifications. What can be seen
of the osseous structures are unremarkable.
 IMPRESSION:  I do not see bowel gas abnormality nor free air. There are
some incidental findings noted. There is a moderate amount of stool in
the rectal vault.


Ordering Provider: 021626 - KAREN KELLNER
Dictation Date: 11/12/2007    Staff: ANDREW TAYLOR
Accession #: 8897481
Electronically Signed By: ANDREW TAYLOR, M.D. on Nov 12 2007  3:48PM
```

Page created: Monday, December 10, 2007 12:59 PM For: DMS9                     Top of Page

EXH.-C"

https://wiscrit.hosp.wisc.edu/W0B0-NTAP-BIN/webcfch.exe/PRD/8?KEY=PT0001INVI...   12/10/2007