UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Western Division

Nina Mae Netters
                                Plaintiff,

v.                                                              Case No.: 3:07−cv−50241
                                                               Honorable Frederick J. Kapala

Aren Jimenez, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 21, 2007:

      MINUTE entry before Judge Frederick J. Kapala : Plaintiff's oral motion by telephone to reset January 4, 2008 court date is granted. Plaintiff to personally appear on pending application to proceed in forma pauperis and motion for appointment of counsel at 9:00 a.m. on January 11, 2008. Failure to appear may result in denial of the application/motion and dismissal of the case. Mailed and Telephoned notice(sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.